UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ 4TH _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Manuela Rosario Abarca     JOINT DEBTOR: _____     CASE NO.: 19-20020-LMI

SS#: xxx-xx- 2935     SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $507.91 for months 1 to 23;
2. $188.00 for months 24 to 84;

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $4,175.00 | Total Paid: | $875.00 | Balance Due: | $3,300.00 |
|---|---|---|---|---|---|
| Payable | $120.65 | /month (Months 1 to 23) | | | |
| Payable | $131.25 | /month (Months 24 to 27) | | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
$3,500.00 (Base Fee) + $150.00 (Base Cost) + $525.00 (Motion to Mod) = $4,175.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

A. **SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Chateaubleau Villas at Midway

   Address: 7155 SW 47th ST
   Suite 310A
   Miami, FL 33155

   Last 4 Digits of Account No.: 0910

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | Principal Paid as of $1,076.11 as of 08/2021 | |
   | Arrears Payment (Cure) | $46.79 | /month (Months 1 to 23) |
   | Arrears Payment (Cure) | $0.00 | /month (Months 24 to 84) |
   | Regular Payment (Maintain) | $223.45 | /month (Months 1 to 23) |

Debtor(s): Manuela Rosario Abarca                                  Case number: 19-20020-LMI

|  |  |  |  |
|---|---|---|---|
| Regular Payment (Maintain) | $0.00 | /month (Months | 24 to 84 ) |

Other: HOA will be paid outside the plan beginning 08/2021, therefore 4MP ceases pymts to creditor.

■ Real Property                                        Check one below for Real Property:
    ■ Principal Residence                         ☐ Escrow is included in the regular payments
    ☐ Other Real Property                          ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
431 NW 82 Ave #910 Miami, FL 33126

☐ Personal Property/Vehicle
Description of Collateral:

---

2. Creditor: Chateaubleau Villas at Midway Condo

Address: 7155 SW 47th ST
        Suite 310A
        Miami, FL 33155

Last 4 Digits of Account No.: 0910

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | Principal Paid as of $461.24 as of 08/2021 | |
| Arrears Payment (Cure) | $20.05 | /month (Months 1 to 23 ) |
| Arrears Payment (Cure) | $0.00 | /month (Months 24 to 84 ) |
| Regular Payment (Maintain) | $25.32 | /month (Months 1 to 23 ) |
| Regular Payment (Maintain) | $0.00 | /month (Months 24 to 84 ) |

Other: HOA will be paid outside the plan beginning 08/2021, therefore 4MP ceases pymts to creditor.

■ Real Property                                        Check one below for Real Property:
    ■ Principal Residence                         ☐ Escrow is included in the regular payments
    ☐ Other Real Property                          ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
431 NW 82 Ave #910 Miami, FL 33126

☐ Personal Property/Vehicle
Description of Collateral:

---

**B.  VALUATION OF COLLATERAL:**    ■ NONE

**C.  LIEN AVOIDANCE**    ■ NONE

**D.  SURRENDER OF COLLATERAL:**    ■ NONE

**E.  DIRECT PAYMENTS**    ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Shellpoint Mortgage Servicing | 3975 | 431 NW 82 AVE #910, Miami, FL 33126 |
| 2. | Select Portfolio Servicing | 4721 | 431 NW 82 AVE #910, Miami, FL 33126 |
| 3. | Chateaubleau Villas at Midway | 0910 | 431 NW 82 AVE #910, Miami, FL 33126 |
| 4. | Chateaubleau Villas at Midway Condo | 0910 | 431 NW 82 AVE #910, Miami, FL 33126 |

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ☐ NONE

    **A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:**    ■ NONE

**B. INTERNAL REVENUE SERVICE:** ☐ NONE

| | | | |
|---|---|---|---|
| Total Due: | $7,140.68 | Total Payment | $7,140.68 |
| Payable: | $26.01 | /month (Months 1 to 23 ) | |
| Payable: | $37.95 | /month (Months 24 to 27 ) | |
| Payable: | $112.12 | /month (Months 28 to 84 ) | |

**C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

**D. OTHER:** ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

    **A.** Pay $0.00 /month (Months 1 to 25 )

        Pay $57.08 /month (Months 28 to 84 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.** SEPARATELY CLASSIFIED: ■ NONE

**VI. STUDENT LOAN PROGRAM** ■ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:** ■ NONE

**IX. NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Manuela Rosario Abarca     Debtor     August 10, 2021             Joint Debtor

Manuela Rosario Abarca                  Date                                          Date

Attorney with permission to sign on      Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**